THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES ALBRECHT, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 6, 1927; decided June 21, 1927.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered February 18, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William H. Pellet, Millard H. Ellison, Clarence H. Fay* and *Alexander Wolf* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JAMES MASON, JR., Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 6, 1927; decided June 21, 1927.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered March 21, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George Gordon Battle* and *Harvey J. Bresler* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.; KELLOGG, J., dissents on the ground that the identity of the defendant was not established beyond a reasonable doubt.